IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD B. SHAMBURGER,         ) | No.  C 15-0958 JSW (PR) |
| Petitioner,         ) | **ORDER OF DISMISSAL** |
| v.         ) | |
| C. E. DUCART,         ) | |
| Respondent.         ) | |
| _____ ) | |

Petitioner, a California prisoner, filed this pro se petition for a writ of habeas corpus under 28 U.S.C. § 2254.  Petitioner claims that he overpaid his filing fee in a prior civil rights case in this court.

Petitioner's claims are not the proper subject of a habeas action because do not implicate the fact or duration of his confinement.  *See Skinner v. Switzer*, 131 S. Ct. 1289, 1293 (2011); *Hill v. McDonough*, 547 U.S. 573, 579 (2006); *Moran v. Sondalle*, 218 F.3d 647, 650-52 (7th Cir. 2000); *Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991); *Crawford v. Bell*, 599 F.2d 890, 891-92 & n.1 (9th Cir. 1979).  Accordingly, this case is DISMISSED without prejudice.  Petitioner's motion to proceed in forma pauperis is GRANTED.

Rule 11(a) of the Rules Governing Section 2254 Cases requires a district court to rule on whether a Petitioner is entitled to a certificate of appealability in the same order in which the petition is decided.  No reasonable jurist would find this Court's denial of

1  his claim on procedural grounds debatable or wrong. *See Slack v. McDaniel*, 529 U.S.
2  473, 484 (2000). Consequently, no certificate of appealability is warranted in this case.
3      The Clerk shall close the file and enter judgment.
4      IT IS SO ORDERED.
5  DATED: March 30, 2015
6                        JEFFREY S. WHITE
                      United States District Judge